1  BENJAMIN B. WAGNER
United States Attorney
2  BOBBIE J. MONTOYA
Assistant U.S. Attorney
3  501 I Street, Suite 10-100
Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2775

5  Attorneys for Cross-Defendants
United States Department of Veterans Affairs and
6  Secretary Eric K. Shinseki

7

8               THE UNITED STATES DISTRICT COURT

9               THE EASTERN DISTRICT OF CALIFORNIA

10

11 | VILLA MARCHE, LLC,                         | Case No. 2:12-CV-02390-LKK-GGH
12 |             Plaintiff,                     |
13 |        v.                                  | ORDER OF DISMISSAL OF CROSS-
                                                  COMPLAINT AND REMAND TO STATE
14 | MICHAEL McCARREN, JEANNIE                  | COURT
   | McCARREN, and DOES 1 THROUGH 20,
15 | inclusive,                                 |
16 |             Defendants.                    |

17 | JEANNIE McCARREN,
18 |             Cross-Complainant,
19 |        v.
20 | UNITED STATES DEPARTMENT OF
21 | VETERANS AFFAIRS, and SECRETARY
   | ERIC K. SHINSEKI, Secretary of Veterans
22 | Affairs and ROES 1 THROUGH 20,
   | inclusive,
23 |
   |             Cross-Defendants.
24

25  ////
26  ////
27  ////
28  ////

1

1    Based on the stipulation of the parties to the cross-complaint filed herein on
2 October 26, 2012, IT IS HEREBY ORDERED that the cross-complaint is dismissed with prejudice
3 pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.
4    Upon dismissal of the cross-complaint, the Court has no further jurisdiction over this action.
5 Accordingly, IT IS FURTHER ORDERED that the remainder of this action is hereby remanded
6 back to the San Joaquin County Superior Court pursuant to 28 U.S.C. § 1447(c).
7    IT IS SO ORDERED.

9 DATED: November 5, 2012.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

2